LESTER L. ELLIS, INC., Respondent, v. FAIRBANK REALTY CORPORATION,

Appellant, and CHARLES RUBINSTEIN, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, no undertaking having been filed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.